# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

140811 & (59)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

QUALITY MANUFACTURING, INC.,
  Plaintiff-Appellant,

v

BRIAN D. MANN, BRIAN D. MANN, JR. and
QUALITY WAY PRODUCTS, L.L.C.,
  Defendants-Appellees,
and

BRIAN D. MANN,
  Counter-Plaintiff,

v

QUALITY MANUFACTURING, INC.,
  Counter-Defendant,
and

BRIAN D. MANN,
  Third Party Plaintiff-Appellee,

v

JAMES E. KIRBY,
  Third Party Defendant-Appellant.

SC: 140811
COA: 286491
Genesee CC: 04-079512-CZ

_____/

   On order of the Court, the motion for extension of time to file a reply brief is GRANTED. The application for leave to appeal the December 15, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
       Clerk

0228